# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0678.  IN THE INTEREST OF R. C., A CHILD.**

In the above-styled appeal, the appellant in this delinquency case stated in his notice of appeal that "the transcripts of evidence and trial proceedings that have been filed are to be included in the record on appeal, including the transcript of the July 29, 2021, Motion for New Trial hearing." But while that transcript has been included in the appellate record, no transcript of his trial has been transmitted to this Court. And in his brief, the appellant explained that the trial in this case was not transcribed. Instead, the trial court transmitted only an audio recording of the trial to be included in the appellate record. Because the trial proceedings are material to the claims of error the appellant raises on appeal, we cannot conduct a meaningful review of those alleged errors without the accuracy of an undisputed written transcript. *See* OCGA § 5-6-41 (a) ("In all felony cases, the transcript of evidence and proceedings shall be reported and prepared by a court reporter as provided in Code Section 17-8-5 or as otherwise provided by law.").[1]

---

[1] The appellant was found delinquent on four counts of aggravated assault.

Under these circumstances, we must REMAND this case to the trial court for preparation of a transcript of the trial proceedings. *See In the Interest of T. E. D.*, 166 Ga. App. 322, 322 (303 SE2d 777) (1983) (holding that when the parties agreed that a hearing was held on a delinquency petition and the transcript of the hearing was material to the appeal, there is cause to remand the case to the trial court for preparation of a transcript of the proceedings).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/01/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*